I'm JAMES G. ~~WOOD~~ E 32288
CONDEMNED ROW. INF. SQ
MENTAL HEALTH.                                      ↑    ↑    ↑    ↑
                                              "PAPER SHORTAGE"

RESPECTFULLY, PLEASE ALLOW AND CONSIDER MY SITUATION, AFTER 8 MO. OF PEACE OF MIND IN THE INF MENTAL HEALTH PROGRAM — CUSTODY AND PRISONER'S BEGAN TO UNITE AGAIN — AS ~~OTHER~~ PRIOR COND. ROW. HOUSING — USEING COMBINED EXCESSIVE VERBAL ABUSE AND THE THREAT OF HARM. " ~~~~ PROMISEING THAT I WOULD BE MOVED AND HARMED — OR KILLED IN THE INF. IN FRONT OF EVERYONE — RUSHED IN MY CELL #47. LIKELY ON A WEEKEND — LEAVING ME MIND DEAD OR A POSSIBLE BROKEN NECK. FOR A FEW DAYS — PRIOR TO WHATEVER?

OR MEDICAL EMERGENCY TECHNIQUE — THEY HAVE USED ENDLESS EFFORT AT THIS DURESS — OVER A SPAN OF TIME, WITH NO ACTUAL PSYICAL HARM. TO SHOW ALL THIS TIME, ALL THESE SAFETY CONCERNS — NO HARM, & ITS UNFOUNDED PARANOIA. ALOT OF PRESSURE TO MAKE ME LOOK FEARFUL FOR A LONG TIME — ~~~~

I LEARNED SQ IS A SMALL WORLD.

THIS ~~~~ CONTINUED IN THE INF FOR ABOUT A YEAR BEFOR I BECAME AWARE THAT C.D.C.R. STAFF STEPPED IT UP! WITH AN AT FIRST SHOCKING DISPLAYED ABILITY TO UNITE CUSTODY. RNS MENTAL HEALTH — MANAGEMENT — PRISONER'S. IN A ACTUAL TEAM EFFORT. TECHNIQUE — THAT I MUST CONFESS~~ED~~ REALLY GAVE ME A NEW RESPECT AND IMPRESSED ME — AT SUCH AN ABILITY TO WORK THE ODD MAN OUT PRIOR TO WHATEVER?

SECOND PAGE:
I RESPECTFULLY, AND SINCERELY DISLIKE REPEATING THESE CONCERNS.

AS I AM AWARE - SUCH CONCERN - AND CONTINUED CONVERSATION AND REPORTS ONLY HELP - TO MAKE ME APPEAR AS C.D.C.R. ARE COLORING ME.

I KINDA CAN'T HELP BUT WONDER - WEATHER REPORTS ARE FILED ABOUT ME - BECOMEING MORE AND MORE PARANOID AND FEARFUL - AND THAT MY MENTAL HEALTH IS IN DECLINE - NOW Mr. MARLOW THINKS EVERY ONE IS OUT TO GET HIM, TOGETHER -

AND I'M SURE PSYCH DR'S HAVE TEXT BOOK CASES THAT SHOW THAT THIS TYPE OF MENTAL ILLNESS, CAUSE'S EXCESSIVE FEARS - AND REGRESSION INTO DEEPER AND ABNORMAL BEHAVEUOR.

IT CAUSE'S ME TO PAUSE, WITH SO MUCH VIRBAL PROMISE'S OF SPECIAL TECHNIQUE MIND DAMAGE OR BRAIN DEATH. ETC.

I MEAN ALL THIS COMBINED EFFORT IS A LOT OF WORK BY THESE STAFF - AND IT CAN'T BE JUST TO TEASE ME, - OR BECAUSE THEY HAVE NOTHING BETTER TO DO - TOO PASS THE TIME!?

IT'S A FOUNDATION BEING BUILT - USUALLY SUCH PEOPLE - WORK TO PROVE A DEATH ROW PRISONER WHO MAY HAVE SOME MENTAL HEALTH ISSUES, IS RULED SANE, AND THEREFOR READY TO FACE THE SCENTCE EXECUTION BY LAW. HOWEVER. THESE C.D.C.R. STAFF WORK VERY HARD TO UNDERMINE MY RATIONAL EMOTIONAL MIND - AND COLOR ME PARANOID, DELUSIONAL - WHY? ONLY TIME WILL TELL. J. Marlow