"Please, I'm short on [illegible] paper"

9-21-15

Hon. U.S. Judge [illegible]
North. Dist. Court.

Copy. U.S. Court
media / RAM

Re: I/m James G. Marlow E-32200
Cond. Row. SQ Inf. 4th FL.

CV-15-3949-JCS.

RECEIVED
SEP 28 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sincerely: Hon. Sir, my family and some friends X-armed services- are aware of how propaganda is used to saturate an environment, and even more so

with low level technology transmition keep's everyone in the known often prior to a shock-an-awe

artful handling of a targeted difficulty.

In front of everyone, and even cameras, special technique of invisible / in plain sight attacks.

Even some RNs and mental health SQ Inf. will cover for custody, expressing- that such people would

never harm a mental health patient- and they could careless about your food and outgoing mail.

That Mr. Marlow was had such safety concerns for 25 years in SQ and has never suffered any harm.

That Mr. Marlow was very concerned, overly much- about the beating to death of Mike Tyree- w/m in the Santa Clara Co. Jail by CA. correctional staff-

And none of us in the Inf. have ever heard officers or prisoner's say anything about harming Marlow- his mental health condition only seemed to be progressing for the worse!

We all like Marlow, he is no serious problem- an model inmate- just really paranoid.

Were all only trying to help Mr. Marlow, no one wants to harm him!

Well I understand, that these CDCR. staff will with out a doubt be on the same page should anything

actually occur, and be alot more believeable than what one disfavored whistle blower is likely to be! Lets hope it's still only psychological warefare. Respect, J. Marlow

I've been through worse in SQ.

Please excuse lack of writeing paper!

HON: JUDGE MAGISTRATE,
U.S. DISTRICT COURT
SAN FRANCISCO, CA

9-22-15
Pg. 1 of 7
CV-15-3949-JCS

Y/M JAMES G. MARLOW E-32700
CONDEMNED ROW/INF. 4th FL. SQ.

copy. U.S. Court
Fam.
media

HON: SIR,

Respectfully,

I met with w/m Doctor Hanlin of the SQ INF. MENTAL Health team 9-22-15 at about 9:30 or 10:00 AM - I was escorted to an interview Room Holding cage. by custody.

Doctor Hanlin Tried his best to Get me to accept an increse in psych medication or a change to another past med. or a new med.

I Repetedly Explained to him - my Problem is and has never been a med Problem!

he says, well you've been kinda stressed out more this month than the month befor -

And I really think the meds will help that! Again I advised Dr. Mr. Hanlin. my Problem has been well documented, and openly and often been explained.

I Am and have been worked by C.D.C.R. custody and the Prisoner's and mental Health staff loyal to SQ custody's Agenda. when most of the condemned prisoners E.O.P. status came to the new program in the INF. 2014 most all prisoner's stated mental Health Lied to them all. Now over time - All have been worked against me

CV-15-3949 JCS (2 of ?)

SECOND PAGE!

In this seemingly endless Effort To color me PARANOID - Delusional, etc.

It is so DAMN unbeleiveable - I Know,

Alot of People will believe medical Psych, ADmin - STAFF. custody because Like it

is SAID that The Devil Knows the Bible better than Almost anyone

AND his most Powerful Lies have Alot of Truth in them.

He Mask himself AS AN Angel of Light To Do his most subtle work.

The way These People are working me Kinda Reminds me of that story in the Bible.

Doctor MR. Hanlin - Also SAID well it is Noted that meds have helped at times to

CAlm your Fears -

AGAIN I Expressed to Him - I AM being Played by Law inforcement who control almost Everyone in C.D.C.R. who work and live

behind that standard!

when I'm Given meds - some help me sleep I Admit that - but usually - when I Accept meds custody will Lower The Level of Psychological Duress AND ~~uho~~ verbal Threat of harm - Just to make it Appear Like the meds are working -

It's The Duress Level Not the meds That helps!

There was a book about a woman that worked in U.S. Government Intell. she supplied advance info. About the Twin Tower's attack. by Terroriest-

And tried to make that Pre-Attack info known to everyone- so People would be aware that the U.S. Gov. could have ~~make~~ maybe Prevented 9-11. And didnt do anything to even act on the Intell-

The Gov. US. arrested her- and others. And Placed them into a mental Health Hospital where they were Given Psych meds- that really made them louse touch with reality- so when these People were reviewed by the Proper important People, these victim's of the U.S. Gov. looked

As If they really were mentally ill. Some of them were so heavily medacated they couldnit even walk or speak or stand up

I can't recall the name of the book? But I can assure you it or some storie's like that- are not just Psycotic conspiracy theroies. God bless these E.D.C.R People.

I'm not to afraid of them!
The lady - Ms. Kim L. Reese, Idaho.
who published a book I wrote and

sold it on Amazon - "True crime"

For 99¢ on Kendel a few years ago.
in the U.S. and over seas,
wrote letters to me - That she interviewed

Prisoner's in other U.S. Prisons. And they
told her - They were also subject to

The same Low Level communication technology

as I've continued to discribe about SQ

and C.D.C.R. to ~~unit~~ unite the Prison staff

and Prisoner's into a common understanding.

Usually all ends against the odd man out,
in what they call Life and death baseball.

The special sercumstances ~~mok~~ multi choice
Death Penalty Game.
the mental Health staff advise me to eat
my state food - and custody promise death or
harm if I do! so staff have me in a cross,
If I obay the Psych's - I am in trouble with
custody
and should something actually occur, all will say
he was doing better and then all of a sudden,

such and such occured, we're really shocked.
If I refuse my offered state food -
The mental health staff - question me - and ask - why aren't you eating? are you depressed? Do you feel harmful to yourself?

The medical staff question, are you on a hunger strike? etc.
There all working an one sided truth!

he - won't eat - he is very stressed at times. which is true! but the whole picture is not at all what there supporting nor will speak during any investigation - If custody and prisoner's at long last follow through with their long played effort to actually harm or kill the whistle blower I'm Marlow.

And Doctor McL Hawlin - responds to me like most Psych's in C.D.C.R. mental health - well we believe thats how you percive ~~that~~ what is occuring - and that is why your here in the INF. mental health Program. to get help to heal you of these excessive fear's - and help you cope better with your stress we're just trying to help you!

I AGREE, this whole story I've Logged on U.S. Dist Court. S.F. CA. E-Files-
over the Years- Appears Absolutely Ridic-ulous. AND will without A doubt cause people to Question my sanity!

C.D.C.R. Staff- Prisoner's- have worked me with Some Long Range Game- AND mental Health foundation's they express There about to Accomplish Something! At Long Last, ~~mind dead heartattack~~ etc. endlessly-

AGAIN I Am not exactly sure why now The Psychological Tactics AND increased unity effort verbal etc. was increased At this time frame?

It could be at Least Possible- staff in SQ AND the INF. 4th FL. want to make AN end to this Prior to my civil complaint offically being served or offically being filed?

Because I've noticed in The Past. while housed in Condemned Row EAST Block- enduring much the same Trial by ordeal- That it All really backed up- while the civil Action was being Offically reviewed by US. Courts.

I'm Aware C.D.C.R. staff have really made me feel many days, were likely my last- And I submitted NON exhausted Admin. inmate Appeals- which caused my complaint to be dismissed. I Realize now that

Also, examine's my sanity. I can understand. yet while those Dismissed complaints were active and offically being reviewed- it brought me - some time out of verbally Abusive and staff induced Intimidation.

As well as actual kill game tactic's.

And ofcourse I'm cautious- and cant help but think about all this crazieness. That after all the Prior dismissed complaints - SQ staff could think outside the Box, and unexpectedly - Perform there Promised

destruction even after complaint is offically filed and or served.
There motto is Anything and Everything from A to Z. and repeated over and over-

I can only report what I actually experience- and what has occured! with totally honest

sincereness. The Things I log that I suspect is my being Pre-emptive. I am never suicidal and I realize That none of these People will ever submit to an Lie exam. and such will never be admissable in court. And am aware that some can even beat such a test! I am a Prisoner of Hope. James G. Warlow

9-22-15