HON. JUDGE MAGISTRATE    CV-15-3949-JCS.    #1 OF 8
U.S. DIST.
450 Golden Gate Ave
San Francisco, CA. 94102

                9-24-15

I/M James G. Marlow E-32200    copy. U.S. Court.
Cond. Row. SQ INF. 4th Fl. Rm 4    Fam / Media
SQ, CA.

FILED SEP 30 2015 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

HON: U.S. JUDGE, with utter respect,

From what I can see about these C.D.C.R. staff around me, The mental illness that is called Paranoid Schizophrenia, or Paranoia for short,

is essentially an exaggerated form of EGO. It usually consists of a fictitious story the mind has invented to make sense of a persistent underlying feeling of fear.

The main element of the story is the belief that certain people "sometimes large numbers or almost everyone". Are plotting against me, or are conspiring to control or kill me!

Such a story often has an inner consistency and logic so that it sometimes fools others into believing it too!

Sometimes organizations or entire nations have paranoid belief systems at there very basis. And they can sometimes very subtley graft those characteristic's, upon another person, or person's, via a series of repetative techniques; and psychological training via duress, anger and fear, situations. Which I have been subject

too by SQ. C.D.C.R. staff. But do not claim as my own nor is my behavior in sinc with such disharmony!

The EGO needs others, but its dilemma is that deep down it hates and fears them.

Which is why staff threaten me over my outgoing stamped legal tender U.S. mail.

P.S. I sent my step mom psych OR. in fuladelpher no more Address.

The person suffering from paranoia experiences that hell most acutely, but everyone in whom the egoic patterns still operate will feel it to some degree.

Those who play the political propaganda blame game, prior to an promised rather public display of punishment, after working the target's mental health foundation, such C.I.D.C.I.R. staff know that the mental illness we call paranoia also manifest another symptom that is an element of every ego, although in paranoia it takes on an element like,

The more the sufferer sees himself persecuted, spied on, or threatened by others, the more pronounced becomes his sense of being the center of the universe around whom everything revolves, and the more special and

'important he feels, as the imagined focal point of so many peoples attention.

His sense of victim, of being wronged by so many people, makes him feel very special. In the story that forms the basis of his delusional system, he often assigns to himself the role of both victim and potential hero who

is going to save the world or defeat the forces of evil.

The collective ego of tribes, nations, and even religious organizations also frequently contains a strong element of paranoia.

Us against the evil others!

such is the cause of much human suffering.

Note: The Spanish Inquisition, The Persecution and burning of heretics and "witches" the relations between nations leading up to the first and second world wars, Communism throughout it's history, "The Cold War",

McCarthyism in America in the 1950's, Prolonged violent conflict in the middle east, are all painful episodes in human history dominated by extreme collective paranoia.

The more unconscious individuals, groups, or nations are, the more likely it is that egoic pathology will assume the form of psysical violence!

Respectfully, I have clearly documented my concerns, with lucid candor, and honesty.
That is the universeal reality, which I can assure you C.D.C.R. staff and prisoner's will tell a form of one sided truth, but without

the total perspective and tireless effort to color me exactly as they have worked so hard to ~~create~~ CREATE, which is an type of armed forces tactic to, discredit, isolate, prior to

up front, in the face, Termination Entertainment to achieve maximum political effect!
"Scape Goat" Target example"!
I do not so much need to prove I'm right, as to enlighten!
And as the Hon. Court is surely aware, once the case discovery of SQ Prison is, provided and reviewed, I'm sure condemned Row's C.D.C.R. staff have a

very disturbing history!
And of course SQ. staff will naturally move for an GAG-ORDER.
As I suspect is often the case in such circumstances! Respectfully!

All custody, Mental Health, most medical and there management,
via the Low Level Frequency Transmition are totally aware.

As well, the Prisoners!
All will likely deny such! on. a stack of Bibles.
And usually when such groups sware such or such is the last thing any of them would ever do, it is the first thing they do — Do!
we would never All risk our Jobs. Nor our honor, or our self respect, to unite in such an impossible agenda or conspiracy. to harm an mental health patient — And never within the very mental health program, for which patients are come for help to cope with their illnesses. etc.
were not monster's! All that he has said for so — long — is just a crazy man's perspective! while we, the group — see things much differently.
"Sir, that is at least a true statement"

They see things like, if you accept your offered food. or mail out letters about us — we'll get you!
I am No #1 most wanted by CA. Prison Gangs.
Such groups influence custody C.D.C.R.
And Regular Prisoner's, who influence further mental health, medical etc.

A while ago, the condemned security houseing unit. Adjustment Center Prisoners filed

A Federal complaint in the Northern dist. of CA.
And were granted some Relief, "I believe"?

And soon those Gang members and those most loyal to them, may well be allowed Grade A - status, and be allowed to

be moved to Regular Grade A, housing, Condemned Row, Grade "A" - "out of Isolation!
Those with out serious writeups for a span of months and years!

C.D.C.R. Staff have stepped up their Politics in the Mental Health Program since Oct 1st 2014 - after 8 mo- of Peace in this

INF. 4th FL. It all started up again.
I believe, staff want to color me further as crazy as a bed bug fearful. etc.

And make an Public example out of me for the Prison Population!
A type of shock an- awe in the SQ INF. to achieve maximum Political Prestige.

Prior to those very dangerous prisoner's being housed out of Isolation S.H.U. and into Regular Grade A. housing in East Block or North seg, etc?

Where such prisoner's could pose a more possible threat to correctional staff's safety and security! For not having me, dealt with after 25 years of attempts.
Such groups can buy cell phones in East Block. Drugs! and really become a very danger to staff. And even there families! Pleas consider and

Review dismissed civil complaint ↑
E-filed attachments, old superior court exhibits
etc. Police Prior testimony in the So. CA. Co
Jail, San Bernardino, Co. CA. Jail.
And Superior Court, Hon. Don Turner, Judge.

This is a very deep story, a very long war,
with 1,000 attempts and situps — upon my life —

very subtlely played.
which I cannot prove. but have lived!

At the same time all of this hit and miss,
cat an mouse game has continued,

The back up plan or fall back, plan was always
the mental health foundation!

Where staff could better, end me, in a
reasonable way, like staged suicide, etc.
without any ~~suspicious~~ mysterious prompting
of suspicion upon law inforcement.

I stand mentally accused. Yet, I pray that
you do not doubt the genuineness or the
truth of my reported trial by ordeal
and history of my time in the Co. Jails,

And upon CA. Condemned Row.
I am a peaceful prisoner! I have forgiven
many staff for torture more prefected
than I've ever witnessed. or endured.
with an extreme artistic and united execution.

Remember I plea, respectfully, those group of F.B.I.
Agents, who gave false testimony. About Forensic.
Test Evidence, in capital cases, where some
accused, convicted, were even executed.

Sir, I am aware that law inforcement, many claim they are simple, make mistakes, and could never perform upon such an level, and with such prolonged united effort, as I have reported!

History shows it sometimes occurs even in the U.S. F.B.I etc. I believe it may have been in the Washington Post, a year or so ago about F.B.I ?

I AM NOT SUICIDAL, NOR AM I ACCIDENT PRONE, NOR DO I have any fatal illness,

My blood pressure is Great!

I do have advanced liver damage for which I am receiveing treatment.

I do with utter and sincere respect swear that all the herein and prior reported about CA. C.D.C.R. Staff, myself, and Prisoners is true and correct under penalty of perjury in the state of CA. and in a court of law!

Very, very, sincerely and Respectfully submitted. A Prisoner of Hope! Now and Always!
Ym James H. Murlow 9-24-15
SQ INF. 4th Fl, Rm 47.
D.O.B. 5-11-15.

9-24-15

Dr. Mrs. S. ALSHUANG, Mental Health Psych SQ INF. Last week I showed her, a note with her home address and phone # on it. She became very afraid for herself and her family, I told her I got it from outside SQ. Then when she became worried, I told her - I actually got her information out of a book she let me read. A receipt was in the book. I tried to get her to believe I & others, were watching, so she would be more honest and not cover for his

NOTE: ALL SQ. MENTAL HEALTH STAFF IN THE SQ INF. P.I.P. PROGRAM - ARE AWARE THAT IT IS FORBIDEN TO SHARE PERSONAL BOOKS FROM THEIR HOME.

SOME DO IT. IT'S NOT A BIG DEAL!

Once I read such a book from my Psych Dr. in the P.I.P. Program, And she accidently left an personal receipt in the book with her home address and phone no# and Hot mail address. I wrote it on a sheet of paper with a note that I knew all about her - And the staff in the SQ INF. I thought it would bond her to my cause - And she'd be less likely to contribute to the Lie for custody "if" anything God forbid were to ~~Accidently~~ actually occur to me -

She became afraid - for herself and her family. It broke my heart - And I had compassion upon her. I told her the truth - Prisoners, could not gather such info on staff - That she had left an receipt in a personal book she had sneeked to me -

She advised me to tell no staff and no prisoner I promised her. She was safe, that I was sorry and I'd never give such info to custody or inmates. I honestly believe crocker mental health will lie for custody if anything occurs

m.d. dumberland 9-27-15