CLERK U.S. DISTRICT COURT 10/4-15
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 92102
CV-15-

'/m JAMES G. MARLOW E-32700
CONDEMNED ROW
INF. 4TH FL. #R. 47
SAN QUENTIN STATE PRISON
S.Q. CA. 94974

**FILED**
OCT 7 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HON COURT.                    CV-15-3949-JCS

RESPECTFULLY.
I SINCERELY REPORT TO THIS HON COURT,
that it is understood, why, C.D.C.R. STAFF ARE
NOW, AND HAVE CONTINUED TO BE WORKING SO HARD TO
COLOR ME AFRAID, OF OFFERED STATE FOOD, LEGAL
MAIL, LEGAL VISITS, OTHER PRISONERS, ATTENDING

GROUP THERAPY, GOING TO HOLDING CAGES TO BE
INTERVIEWED BY MENTAL HEALTH INF STAFF.
PARTISAPATEING IN OUTSIDE YARD.
TRYING TO COLOR ME PARANOID / ~~CRAZY~~ AFRAID OF EVERY-
ONE AND EVERY THING!
        NOT THAT THERE'S NO REASON TO BE,
but STAFF REALLY PUT TOO MUCH ON IT!

TRYING ENDLESS VERBAL DURESS TO KEEP ME
IN CELL 47, REFUSEING TO COME OUT, ISOLATING

CLERK, U.S. COURT

I'm JAMES G. MARLOW E-32200
CONDEMNED ROW. INF. SQ CA.

which, brings the mental Health teams
AROUND. with there stick or Act? why ARE you
Refuseing your food-? why no yard or
group? AND you've not been comming out

to see the Psych DR.? why?
NOTE: Every DR, staff- cop- inmate,
Knows exActly what the custody GAme is.

And it's Like the Right And left hand.
you follow one's orders Then the other
DOCUments ABNORMAL Behavour, And
VIS VERSA.
These People, wan't me to Refuse All food-
All speach speach— All out Going VIS- MAIL,
All movement-   to lAy down without A

Pep- not A word.   So. stAff CAN PlAy
the  control GAme,
I've been subject to this KINDA stuff
25 yearS, in SQ OFF AND ON!

I hAve ADvANced LeveR DAMAGe, with
HEP-C. I'm on treatment-  I must have
ONE OR two meAls A dAy oR I Get

1/m J.G. MARlow E-32700
Cond Row. INF. Rm 47

A little Funny!
Staff on Sunday 10-4-15 All Around the INF.
openly discussed that if MARlow cuffs up
behind his back For A INF shower today-
And shaves his whiskers?
MARlow will Absoulutely be hanged in

his Rm 47. on a Holding cage, And or
Took out to down stairs or Hospital
And he will Not be comming back!
made mind dead till hanged.
IF he does Return, he will have no
Memory!
whats up with All the Group Game feAR
tactics?  create A situation to Monator
ξ Log- And Add to the continueing mental
Health Profile on MARlow, Prior to G.D.C.R

Feeling that it is Perfect Time For Target
Dystruction. For AN 29 yeAr Termanation
order by LAw enforcement And CA. Prison
GANGs. And All inmates loyal to said
Groups! or Afraid of said Groups!

Clerk, U.S. Dist. Court
San Francisco CA

1/m  J. G. Marlow E-32700
       Cond Row CA. INF. 4th flr Rm 47

On or about Oct-1st- 2014
Lt. Mr. Torrez, from Past East block, Reports,
on Gov. E-File- civil complaints.


And Lt. Holt. on Prior East Block and old INF.
Reports. see civil E-Files.


And INF, B/m, SGt, Mr. T. Jackson on
Prior East Block E-File's - and Sacramento CA
Chief of inmate Appeals. 3rd level 602 For
exhaustion, To seek Remedy via CA State
Supreme Court- Marin Co. Superior Court


And won U.S. Dist County of North. CA.
Now also with these well Documented
Criminal custody officer's
is now Capt. Mr. Young, INF. Health
Care Services. SQ
Also on Prior Reports East Block with
These other officer's.
These officer's- have influenced most All
SQ C.D.C.R. Staff to help with the target
Marlow Agenda- 10-1-2014 They inlisted
the Loyal services of INF. Mental Health.
Staff  and there management

In J.G. MARLOW E-32700
COND ROOM, INF SQ 4th FL #47

I'm not exactly sure why there so aggressive
upon these latest tactic's — whether it is
to explaine that I became more and
more — fearful wouldn't often

leave my room, or shower, or go to
yard or Group therapy — or Psych interview

makeing me spend extra time in my room 47.
to a point where custody would approach
me — order me to hand cuff up behind
my back, and exit my cell, so

the officers could search my room?
It's just our Policy — etc.
maybe plant some contraband to give

me a serious 115 write up? maybe take
all my property — or even exile me to
the Adjustment Center SHU. Unit.
where c.o.c.r. staff often express they'd
like to have me and beat me to death.
or slow down my heart rate for just a touch
of pepper spray. which they'd all be shocked

That such a lite small dose, Actually killed me, An Heartattack, where All staff And inmates would express Total Shock.

because, Maclow, was Known to take Alot of Peppea in his wild youngea days in SQ in the A/C. SHU.

And staff, I've Learned Are very creatoive And can switch on ap dime — to Anything And every thing to A Nother type of Demise style — or UNquestionAble,

Technique.
may be cuff me up After I've not eaten for A while, or showered, or exited my cell.
then Place me in A interview holding cAge Room — whereby staff And A special helper inmate would have me hanged in my cell 47. or in An

Holding cAge, in front of All.
for maximum Political benafit.

I'm J. G. MALLOW E-32700
COND. ROW, INF. RM 47

ONE NEVER KNOW'S with ALL these
EXPRESSED IDEA'S, I could end up,
ANY where IN SQ. AND shot to death?

OR TORTURED AND hanged IN A wheelchair
IN FRONT OF PRISONER'S AND OR GANG
PRISONERS,
I AM #1 most WANTED by PRISON GANGS,
who influence THE INMATE Population.

believe you me— that is how it
WORKS IN the CA. PRISON system.
AND C.D.C.R. STAFF ARE influenced by

PRISON Population, to FINISH MARLOW,
IN the INF OR better The SHU, ADjustment
center— OR EAST Block.

OR IN ANY holding cage, AND ALWAYS
MAN DOWN ON A GURNEY— lights out
to hospital—
These C.D.C.R. STAFF IN SQ ~~AND~~ AS
well mentioned herein, AND ON CIVIL
complAINT CV-15-3949-JCS, U.S. DIST. Court
SAN FRANCISCO CA.

CLERK, U.S, DIST. COURT
S.F.CA
#8
Case 3:15-cv-03949-JCS Document 13 Filed 10/07/15 Page 8 of 21
Ym J. G. marlow E-32700
cond - Row's INF 4th FL Rm 47

C.D.C.R. staff includeing Chief Dep. warden
ms. Kelley Mitchell. And warden Ron Davis, SQ
And there Capts. have met with INF, 5th FL
MANAGEment. And ms. Laura white.
were All called LiARS by Parisoner's when their straite
As well chief of Psychs Dr. Burton.
who All most All Prisoners, cond- who were
moved to INF, bAck in Feb - march, April
2014, These Psych Staff And MANAGEment
were
too  Approached. And briefed on Ym MARLOW
And the recent U.S. court Ruleing
To Allow Those held For so long A
time in Isolation Adjustment Center
S.H.U. To Now be Able to Receive
Their GrAde 'A' status
And A more condemned Row main
GrAde A. houseing. out of Isolation

ThAt OFFicer's And C.D.C.R. MANAGEment
Are extremely concerned. that when these
SHU, Prisoners, many, in GANGS.
Receive Contact visits, buy drugs, cell
Phones, etc. or some Are put up to spear
or kill staff For TAKeing so very

CLERK U.S. DIST. Court
S. F.
Ym J. G. MARLOW E-32700
COND. ROW- INF 5TH FL. RM 47

cond to keep their 25 yeAR
Promise to kill that whistle
Blower James G. MARLOW E-32700

There is A GAuge by connected Prisoners
because C.D.C.R. cond. Row. officers etc.
have Promised mARlow's sit up AND
death, For 25 years.

AND the GANgs As well As RegulAR
Prisoners Are tired of the B-S.
The staff Are All Liers!

So staff have once again stepped
it up- To finish Ym mARlow-

but now that mentAl HeAlth have
been Reinlisted- They have A PASSion
to help Prisoner's AND custody to

mAke this work, AND build A Perfect
FoundAtion Profile on mARlow Prior
to mARlow's Demise! or Just Get
Frustrated And do mARlow Dispite A Perfect
Technique OR PlAusAble form of Demise,

THEY~ THE PRISONER'S, AND THE CA PRISON GANGS, WANT ME, MARLOW OVER #1: A LIE!

A TOP A/B white's, AND A very Powerful member OF the CA. MEXICAN MAFIA. AND A TOP BLACK, GORRELA FAMILY member~

ALL wrote letters to my GIRLFRIEND IN the S.B. CO. CA. JAIL ~ AND the ORANGE CO. CA- SANTA ANA JAILS.

The Police~ copied ALL of the MAIL Going to MS. Cyndi COFFMAN~ AND ALL the MAIL COMMING FROM MS. COFFMAN~

The Police, Lt. doing this, came to the SUPERIOR COURT in S.B. CO. CA. Dept #2, HON JUDGE DON A. TURNER~

AND HAD the letters, AND testified That MS COFFMAN WAS WORKING A deal to HAVE MARLOW KILLED~

AND PROMISED to KILL A WOMAN ON the GIRLS SIDE OF the JAIL FOR the GANGS WHO WAS testifying ON A Triple P.C. 187, AGAINST the GANGS.

I'm J.G. MARLOW E-32700
COND. ROW. INF. 4th FL RM 47

The SUPERIOR COURT exebits AND
Police testimony, AS well investigation
INTERVIEWS, AND witness reports.
ARe All on the SQ central file.

AND Logged with the U.S. DIST COURT
NORthean DIST. OF CA. S.F. CA. E-FILES
as Attachments to PRIOR Dismissed civil
complants — Such AS CV-10-1417-EMC.
AND others.
meDicAl, mental Heslth. All SQ staff AND
All Prisoner's Are in the know, viA the
Long DRAWN out AGendA.
And as well the Technological Low FRequency
which I Do not RealL, Pic up very well.

AND staff may counter, SuRe we Got that,
But me, MARlow is wRong, we do Not
USe such in Any illegAl wAy to PlAy
conDemNeD superchoice speciAl surcumstanes
DeAth PenAlty GAmes, wheRe we— All PlAy
The odD mAN out AND WORK The tARGets
PeARect MentAl HeAlth PRofile AND
ReAsoNAble. illusions AN PReconceptions.

All colored as unfounded, and illogical
That is MR. Marlow's perspective, we're
all aware of his mental health and safety
concerns. "we see it another way"
yeah right! we could always say mr
marlow was very afraid of our technology
couldn't seem to adapt to it.

That he experienced that it was used
by other's to incite in an conspiracy
to harm and kill him!

we have other Cond row, INF. Prisoners
like that like w/m. MR. Justin MARIMAN
These men are actually harmless so

far- but they are not yet able to
Adapt! to our form of communication
Thinking we all mean them harm- or
steel items from their cells when
there absent.

The who Prison knows these men quiet
well, There in the INF. to get help-
Thats all we're trying to give them!

I/m J. G. MARLOW E-32700
CONQ-R  w/ INF.

STAFF have NoteQ. That I/m MARLow
has haD PRior TRips to the CTC. As Psych oops
suiciQe watch— AND REPoRts inQtcAte ^ mARLow
saiQ he WAS SuiciQAL— AND woulQ kill himself
to escApe A GReAteR FeAR!

NoTE. IN EAST BLOCK. when Psych. WR. BURTON.
Now Chief Psych. iN the SQ INF. but bAckAfew
yeARs ago— he ADviseQ me— that if oR when
I weeQeQ A bReAk FRom EASt BLock NoiSe,
oR huRRAssment— tell the custody stAFF

oR him oR ANotheR DR. That I WAS SUICIQAL
so I CoulQ Go to the New C.T.C. INF.
4th PL. FoR A Rest.
I Always ADviseQ him ANQ All iN ReAlity
I Am Note this, NeveR SUICIQAL!
ANQ As chRiSt is my witNess, I NeveR will
be! I QoN't wANt to Go to hell!

CLERK, U.S. DIST. COURT.
SAN FRANCISCO, CA.
Ym J. G. MARLOW E-32300
CONDI ROW, INF 4TH FL RM 47.

Case 3:15-cv-03949-JCS Document 13 Filed 10/07/15 Page 14 of 21 #13

YEARS AGO IN the A/C. AND EAST Block STAFF
CUSTODY AND MENTAL HEALTH. WANTED to STArt ME
ON INJECTIONS THAT WOULD help Stop the
VOICES I WAS HEREING, "THAT OTHER'S DIDN'T
HORE!" I SAID I don't Need Psych meds.

I JUST WEED YOU CID, CR, STAFF to Stop WORK-
-ING me!
Lt. W/m MR. FULLER, NOW RETIRED, UNDER CIVIL
COMPLAINT IN CA. Also DOCUMENTED IN A book
TITLED 'Q-TIP."
Lt, MR, FULLER. AND Lt. W/m MR. LENDESY
A/C. ORDERED ME to TAKE the meds-
FOR VOICES, OR I'D Get NO CANTEEN.

AND WHEN I WAS REHOUSED IN EAST Block
OFFICER'S ORDERED ME to submit to the
INJECTIONS OR I'D be REHOUSED IN the
SHU.
I took the INJECTIONS, NOTHING CHANGED!
STAFF STILL PLAYED the VERBAL GAME. THREAT OF
ILL OR MEM. THEN THE Psych WR. J. DEPRAY-
NOW, RETIRED. INCREASED DOSEAGE'S, THEN
BELIEVE IT OR NOT, THE CUSTODY STAFF

stopped the Bull shit! I felt nothing
from the injections— No feelings.
maybe alittle sleepy?
but soon Again custody Reuped it
all Again!
Doc's said well we must continue to
Increase the med dosence—
I said Stop this Crap!


I Am Not Affected by Psych meds
except some make me sleepy. But in some
old INF SQ Groups. Therapy. Prisoner's
would a unite in expressing that certin
officer's were Really doing this on that.
In front of Psych Dr. Ms Stone.
And in The new INF. in Group Therapy with
mr. John Gobreo) Egyptin Native cond row
one arm's And w/m Paul w. Baker. stated
to Ms Social Worker Ms Hada Marc
And Art Therapist Ms Hagens from
Canada— going to collage in CA. while
working in SQ INF mental Health Program
INF Also was told by mr. 'm Baker—
officer B/m Mr. Irish, that Mr Irish
was going to have 1/m Baker hunged in cell?

1/m J. G. MARLOW R-32700
Cond Room- INF. Rm 47

AND At ANOther time - ANOther officer,
Told officer MR. Slipsager A GIANT
w/m. to beat Paul w. BAKER To Death
IN A INF outside yard cell.

As it stands, custody. And Prisoners,
As well As mental Health - have been
WORKING on 1/m Paul w. BAKER -

Telling him I'm A Rat.! A sewer RAt
Who has told on every one!
Don't be like marlow - you'll see what
is IN Store for marlow - we don't
care Any more - he's is gonna be
made an example of. once and for
All - This is A MUST because he is
A Threat to our security And our lives
And The safety of our families.

which binds All mental Health, custody, medical
Prisoner's. Together in A code of silence.
and An united common bond,
createing FUN, and unity in Death Games,
As well the learned experience on Just how to
Say What, upon Any INvestigations.

Ym J. G. Marlow E-32700
INF. Cond. Row, 4th FL Rw 47

so what the Heck, is it A full moon?
As they say in C.D.C.R. WHEN A MIND
is About to be WAXED. OR AN Public
Political execution is About to occur?


hell, I'm A GOOD SPORT!
I can rake all this, for 29 years,
with many close calls, I canit often Prove,
but I remain Peaceful to self and others
Always, No matter what they subject
me too, or whereby whatever means
They torture me by!


I AM A A REAL CHRISTIAN! I will
Never do illegal drugs AGAIN!
cleen 20 years.
AND I Do believe I can see reality
And I'm sure society will see through
And C.D.C.R. Smoke screens.
C.D.C.R. had to start this All up in the MENTAL
health INF. After 8 mo. of regular Program.
They realized, IF we Don't Do this in the INF
it will look like marlow is not mentally ill.
AND told the truth About his Troubles by staff
in the Adjustment Center AND EAST Block-

CLERK U.S. DIST. COURT.
SAN FRANCISCO, CA

I/m J. G. MARLOW E-32700
COND. ROW. INF. 4th FL RM 47.

#79

On 10-4-15. The B/F. custody officer.
INF 4th FL. MS.                witness Another
officer   talking  to  the  catholic
SQ. chaplin  Father  George  williams,
stateing. marlow won't Give up his Food
trays — he won't let staff control him.

he won't let  STAFF Get him up to
the  holding  cage — For the great escape
befor  we  kill  him  or  send  him  to
the  Adjustment  center —
I  know  that  all  People  in  SQ.
Are  subject  to  the  Frequency transmition.

Time  will  only  tell  IF  GOD  FORBID. Any
thing  should  Actually  OCCUR  to  me — ?
wheather  or  Not.  FATHER G. williams

will  Actually  tell  the  honest  truth
about  All  this  in  SQ?  or  Lie  to  cover
his  Position  in  SQ?
God  bless  Him!  may  christ  Guide  us
All!  And  forgive  us  where  we  FAll  short —
I CAN SURVIVE AND Do All things through C
who  strengthens  me — 10-4-15 INF. J.G. MARG
CV-15-3949-

IF we All don't Pull together And
undermine maalows mental Health And
Put An end to this whistle blower

his reports About US. And our secrets
will be believeable!
And the Paisoners And GANgs will
TARGet US. our families, could

be in ~~depending~~! DANGeR!

we've Got to Get this contained.
10-3-15 INF. 4th FL I went to holding cage
interview room to see Psych NR,
MS KOHN, weekend Psych For SQ INF.
I told her custody have really stepped up
there Food control DURESS,
No showers or we'll DO A brokeN Neck
A cut throat or etc.
she said Do you here this All day? I said
Usually A few times on each shift
of officers that come by my INF Rm 47
she Prescribed A valum type med. I took one.
Told her I Am lucid, AwAre, meds is Not the
Problem. It is SOCIAL And VIRbAL DURESS

Ym J. G. MARlow E-32700
INF 4th Fl. Rm 47

Respectfully on 10-1-15 At About
8:36 Pm INF 4th Fl cell 47.
Legal Officer w/f. Ms D. MICKIM came
by cell 47. And I Gave her An
MANAILLA Envelope- Addressed to

Former Attorney Mr. BRIAN M. Pomerantz
woodland Hills, CA. with 38 Pages
in the envelope. 36 hand written Pages.

she said it was mailed out of SQ.
Ms. P.M. HAMPton 2nd watch INF. I believe
Stated that sgt. Mr. T. JACKSON ordered that

All of Ym J. Marlow's Mail About staff
Conspiracy Against him in SQ would
Not be mailed out to address ees.
I Noticed in the Past

Psych Dr. Kohn "Safety / Security #1 of 2
Inf. SQ        Update and Checkin

S/Q MENTAL HEALTH, INF.     10-3-15
INF. 4th FL, Rm 47              copy SQ
(J.G. WARLOW E-32700)              etc.

            Respectfully,
    Each day, custody, come around
    and express, That if I accept an
    offered state meal.


    custody will rush me in my INF.
    Rm 47. And make me mind dead.
    Break my neck, or induce an
    hearttack etc. or an special technique,
    demise,
    And or stage my suicide, in cell 47,
    or a holding cage. or a shower.
    Kinda used to it what the hell, I've
    been through worse.
    other condemned Housing area staff used
    To play that game.
    I'm not self harmful!
    Now staff, custody promise If
    I eat food. I'll be delt with.
    10-4-15  10-5-15. or this oct week,
    Threaten me with a good time
    been through much worse! Sincerely
shoot yer best shot Guys!   James H. Marlow
                              SQ INF. 10-3-15