UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW,<br><br>    Plaintiff,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>    Defendants. | Case No. 15-cv-03949-JCS (PR)<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

Plaintiff, a California state prisoner proceeding pro se, has filed a federal civil rights complaint under 42 U.S.C. § 1983 and six subsequent (and rather lengthy) letters in which he adds details, elaborates on his allegations, and perhaps puts forth new claims.[1] In order to have a clear idea of all of plaintiff's allegations, the complaint is DISMISSED with leave to file an amended complaint on or before February 22, 2016.

The first amended complaint must include the caption and civil case number used in this order (15-3949 JCS (PR)) and the words FIRST AMENDED COMPLAINT on the first page. All claims must be contained in the FIRST AMENDED COMPLAINT. Because an amended complaint completely replaces the previous complaints, plaintiff

---

[1] Plaintiff consented to magistrate judge jurisdiction. (Docket No. 6.) The magistrate judge, then, has jurisdiction to issue this order, even though defendants have not been served or consented to magistrate judge jurisdiction. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995).

1  must include in his first amended complaint all the claims he wishes to present and all of
2  the defendants he wishes to sue.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.
3  1992).  Plaintiff may not incorporate material from the prior complaint by reference.
4  Plaintiff must set forth, for each defendant, what that defendant did and why those facts
5  state a claim against that defendant.  Any claims not raised in the amended complaint will
6  be deemed waived.  Failure to file an amended complaint in accordance with this order
7  will result in dismissal of this action without further notice to plaintiff.
8      It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court
9  informed of any change of address by filing a separate paper with the clerk headed "Notice
10 of Change of Address."  He must comply with the Court's orders in a timely fashion or ask
11 for an extension of time to do so.  Failure to comply may result in the dismissal of this
12 action pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**Dated:**  January 5, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW,<br><br>      Plaintiff,<br><br>   v.<br><br>RON DAVIS, et al.,<br><br>      Defendants. | Case No.  15-cv-03949-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James G. Marlow ID: E-32700
San Quentin State Prison
San Quentin, CA 94974

Dated: January 5, 2016

Susan Y. Soong
Clerk, United States District Court

By:____*Karen L. Hom*____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

3