HON: JOSEPH C. SPERO
HON: CHIEF MAGISTRATE JUDGE
NORTHERN DIST. OF CALIF
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

"EMERGENCY REQUEST"

CASE NO# C15-3949 JCS (PR)
FIRST AMENDED COMPLAINT.

I'm JAMES G. MARLOW E-32700
PLAINTIFF/ CONDEMNED ROW
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94974

REQUEST TO SUE NOT
ONLY INDIVIDUALS BUT
THERE JOB POSITIONS,
AND THESE REPLACEMENTS.

HON: MR. JOSEPH C, SPERO-
CHIEF MAGISTRATE JUDGE

ON ALL 3 SHIFTS INF.
A/C SHU AN EAST BLOCK.

RESPECTFULLY SIR.

I WISH TO SUE A FEW INDIVIDUALS,

WHICH I WILL LAG OUT WHEN I COMPLETE MY

CASE-

BUT HON JUDGE. RESPECTFULLY- NOT JUST

INDIVIDUALS. BUT THE JOB POSITION'S

OF THESE INDIVIDUALS — AS WELL,

BECAUSE SIR — OFTEN IN SUCH A CASE AS

THIS THOSE NAMED WILL PLAY MUSICAL

CHAIR'S WITH THEIR JOB POSITION'S

AND THOSE REPLACEING THOSE NAMED FOR

THEIR TIME, OFF, WILL CONTINUE THE ABUSE

AS IF NOTHING HAD CHANGED.

THE POSITION OF CAPT, LT, SGT IN THE

SQ INF. AND EAST BLOCK AND THE SHU.

VERY RESPECTFULLY. J. MARLOW E-32700 SQ INF. CA 1-12-16

FILED

JAN 15 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 OF 3

copy u.s. court
fam
media

HON: MR. JOSEPH C. SPERO
HON: Chief MAGISTRATE Judge
NORTHERN District OF CALIF
450 GolDEN GATE Ave,
SAN FRANCISCO, CA. 94102

CASE NO.# (15-3949 JCS PR)
FIRST AMENDED COMPlAINT.

I'm JAMES G. MARlow E-32700
CONDEMNED ROW/ PlAINTIFF,
SAN Quentin State Prison
SAN QUENTIN, CA. 94974

[P.C. 187 CONSPIRACY,
by RON DAVIS, et al,
DEFENDANTS.
'Request FOR help". —
— To PREPARE CASE.

HON: MR. JOSEPH C. SPERO,
HON. Chief MAGISTRATE JUDGE,

HON. SIR — with utter respect I sincerely relate
to you That I Am UNDER The extreme ThREAT OF
hARM OVER MY U.S. OUTGOING MAil, "UNDER the
color OF AUThORITY."

This is why I File These Paper brief SiDE
bARS, "Just in CASE I'm KilleD OR mADE

MIND DEAD befoR I CAN complete my ReQUIRED
RESPONSibility to Prosecute These MEN AND
women invOlveD in this CASE.

I beG The HON COURT TO PleASE Allow AND
to be PATIENT.

While I TRY to shine A light on A bRANCH
OF CRIMINAL Justice who have either FAileD AT
ENFORCING its GOOD INTENTIONS OR is About to

SucceeDg At something much DARKER.

It does not matter if the agent of those forces is white or black or etc.
What matters is my condition —— what matters

is the system that makes my body breakable. Respectfully Sir.

As I wrote to the Hon court and my family, I am in constant jeopardy.

Even the other prisoners have been turned against me.

And the heat that springs from the constant danger —— from a lifestyle of near-death experience, is not thrilling to me, but rather

horrible —— However I pray God and the Hon. U.S. court who have given me faith

to stand — will allow me to present my case in total, and continue to be fair.

even to the poor and downtrodden!

Thankyou!

Perhaps being named target, has nothing to do with any of this; perhaps being named target,

is just someone's name for being at the bottom — a human turned object, object

turned to Pariah.

HON: JUDGE MR. SPERO.

CouLD THis HoN. U.S. CourT ConSiDER ASKiNG
MR. RoN DAViS, et al., To iNSuRe NoTHiNG FouL
OCCuRS to me while I PREPARE MY CASE, ?
PLEASE CoNSiDER".

AS I will show iN mY FiNAL REPORT.
it is that bAD, iN this PLACE SQ, FoR
me. I'm dubbed A whistle blower FoR

mere SELF DEFENSE. I BEG The HoN COurtS
help! PleASE.

THANKYOU FoR ANY CoNSiDERATioN !!

oN oR AbouT DEc. 10th 2015 11:55Am w/m CAPt
MR. J. ARNOLD AND Lt. S.P. McLiNN. PROmiSED
me I'D be hANGED iN the NEW SQ HoSP.

oR killED by A SPECiAL TechNiQUE OVER mY
AKA RAt LetteRS.

AND if NoT iN The HoSP. THEN EAST BLock
oR The ADjuStmENT CENteR SHU.

CAPt MR. YOUNG oN oR AbouT DEc. 15th 2015
At 7:30Am SAiD The SAme thiNG.

STAFF Do NoT FeAR the INF. CAMERA SySTem
oR The CELL 46 CAMERA iN mY RooM.

mY LiFE is To SEEK JuSTicE. To Live uNTiL the
U.S. CouRT of APPEALS SAYS it's Time to DiE. CA.
SiNcEReLY. J.G. mARlow RESPECTFuLLY. 1-12-16 SQ INF. CA.