**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: __MARLOW__   __JAMES__   __G.__
    (Last)        (First)        (Middle Initial)

Prisoner Number: __E-32700__

Institutional Address: __San Quentin State Prison__
__San Quentin, CA. 94974__

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

__James Gregory Marlow__
(Enter your full name.)

vs.

__Ron Davis, et al.,__

Case No. __(15-CV-3949-JCS(PR)) Second Amended Complaint__
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

(Enter the full name(s) of the defendant(s) in this action.)

FILED FEB 16 2016 SUSAN Y. SOONG CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Condemned Row SQ CA.__

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☒   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: __SQ-15-01758/-__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: Staff by passed First Level of Appeal

3. Second formal level: July 30 2015 Partially Granted

4. Third formal level: Jan 29 2016 Partially Granted.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☒  NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

James G. Marlow E-32200 San Quentin State Prison S.Q. CA. 94974

B. For each defendant, provide full name, official position and place of employment.

Mr. Ron Davis Warden SQ.
Mr. Capt. Young. Mr. Asso/Warden G. Foorncrook
Lt. Mr. Torres, Lt. Mr. Holt.
Sgt. Mr. McElroy, Sgt. Mr. T. Jackson
INR. Staff.
Capt. Mr. J. Arnold, East Block Condemned Row

### III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Mr. Ron Davis for over a year has failed to help me stop his officers from trying to set me up in many clever ways. An moments to have me killed over out going U.S. mail. I've written him many dates, times, and names.

Sgt. Mr. J. Jackson and Lt. Torres and Lt. Holt stood in front of my cell in 4th FL Rm 46 with mental health management Ms. Laura Whyte and together discussed having me killed in SQ for the prison gang contracts Oct 10th 2015 and again Dec. 12th 2015. Capt. Mr. J. Arnold Capt. Ms. Young and Mr. G. Boonicaook each came to my cell 46 ico- July 2015 and said we back Sgt Jackson you

### IV. Relief. will die for your rat mail.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Sir, I do not desire these tormentors funds or money. I only ask this hon court to grant an injunction or order telling SQ C.D.C.R. staff to leave me alone- stop trying to kill me in secret little ways- and stop threatening me. I ask you at least charge Mr. R. Davis for my civil court filing fee. Pluss 500.00 for stamps.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2-10-16         James Gregory Marlow
              Date                   Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C15-CV-3949-JCS-(PR))

*Will be provided by Clerk.*

## CONSENT OR DECLINATION
## TO MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking ONE of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

OR

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Date: 2-10-16

Name: James Gregory Marlow
*Pro Se Plaintiff/Petitioner*

James M. Marlow
Signature

MAGISTRATE JUDGE CONSENT/DECLINATION FORM
Page 1 of 1



FSP41-0117-W (3/12)

DEPARTMENT OF CORRECTIONS
AND REHABILITATION
P.O. BOX 942883
SACRAMENTO, CA 94283-0001

**CONFIDENTIAL**

INF 40

CONFIDENTIAL MAIL
This letter was opened and screened in the
presence of the inmate addressee

Delivered by: _____
                    Officer
Received by: _____
                    Inmate
Date: 2/19/16

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date: JAN 2 9 2016

In re: James Marlow, E32700
California State Prison, San Quentin
San Quentin, CA 94964

TLR Case No.: 1502321          Local Log No.: SQ-15-01758

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner G. Murphy, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that Correctional Sergeant T. Jackson is retaliating against him and threatening him with physical harm. The appellant claims Sergeant Jackson was going to "stage" a suicide or medical emergency for the appellant. He asserts that Sergeant Jackson and other infirmary staff are withholding his mail in retaliation for the appellant's prior correspondence alleging staff misconduct. The appellant alleges Sergeant Jackson and other infirmary staff were attempting to persuade him to refuse his mail and to refuse his meals. The appellant requests that lie detector tests be given to him and all the infirmary staff, and that he not be subjected to threats of harm and/or death.

**II   SECOND LEVEL'S DECISION:** The Second Level of Review (SLR) identified and appropriately addressed the appellant's allegations of staff misconduct. The Reviewer documented an appropriate supervisory staff member was assigned to conduct an inquiry into this matter. The inquiry included a review of the evidence and an evaluation of the interview(s) conducted. In order to determine the facts; the inquiry also included a review of pertinent documents; and current procedures, policies, and laws. The Reviewer noted that all staff personnel matters are confidential in nature, and that the appellant would only be notified whether the actions of staff were, or were not, in compliance with policy. The SLR found the staff member(s) did not violate policy as alleged. The SLR partially granted the appeal in that an inquiry was conducted.

**III   THIRD LEVEL DECISION:** Appeal is denied.

   **A.   FINDINGS:** The Third Level of Review (TLR) reviewed the submitted documentation and finds the appellant's allegations were appropriately reviewed and evaluated by administrative staff. The Examiner notes all staff personnel matters are confidential in nature and will not be disclosed to other staff, the inmate population, the general public, or the appellant. The appellant was informed that if the conduct of staff was determined to be out of compliance with policy, that the institution would take the appropriate course of action. In this case, the SLR informed the appellant an Appeal Inquiry was completed, and disclosed the determination of the Inquiry to the appellant. The TLR reviewed the Confidential Appeal Inquiry and concurs with the determination of the SLR. The Examiner notes that, while the appellant has the right to submit an appeal as a staff complaint, requests for: administrative action regarding staff; the placement of documentation in a staff member's personnel file; official reprimands of staff; removal or reassignment of staff from a position; and/or requests for monetary compensation are beyond the scope of the inmate appeals process. The TLR finds that the institution's response complies with Departmental policy, and that the appellant's staff complaint allegations were properly addressed. Therefore, no further relief is warranted or provided at the TLR.

   The appellant indicated that the appeal was to be considered as an emergency. Following review of the issues, it was found not to have met the emergency criteria as described in California Code of Regulations, Title 15, Section (CCR) 3084.9(a). The appeal was processed as a routine matter.

   **B.   BASIS FOR THE DECISION:**
   California Penal Code Section: 832.5, 832.7, 832.8
   CCR: 3000, 3001, 3004, 3005, 3084.1, 3084.9, 3130, 3131, 3268, 3380, 3391

JAMES MARLOW, E32700
CASE NO. 1502321
PAGE 2

    C. **ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

G. MURPHY, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:    Warden, SQ
        Appeals Coordinator, SQ

*Emergency Life & Death Threats.  copy SQ*

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09) — Side 1

IAB USE ONLY: 1502321  E32700

Institution/Parole Region: SQ
Log #: 15-1758
Category: 7

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon you. With few exceptions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was or will be taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one CDCR Form 602-A to the Appeals Coordinator within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): MARLOW JAMES
CDC Number: E-32700
Unit/Cell Number: INF 4th fl, Rm 47
Assignment: PIP Cond.

State briefly the subject of your appeal: The Threat of harm under The color of Authority

SAN QUENTIN APPEALS JUN 15 2015

**A. Explain your issue:** INF. SGt. 2/w MR. JACKSON on 6-9-15 at 12:45 PM while standing near my Rm 47, stated, MARLOW cell 47 INF. will be made a staged suicide or medical emergency.

**B. Action requested:** To be Allowed to be Given an state of the Art Lie exam, To myself and Any Officer In INF. 4th fl. About threats of harm

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.

JUN 15 2015 — Attached for Third level 58 pages total for review → 2 handwritten pages. Please review the whole story. Sincerely —

☒ No, I have not attached any supporting documents. Reason: JUN 15 2015

Inmate/Parolee Signature: James A. Marlow   Date Submitted: 8-13-15

INMATE APPEALS BRANCH RECEIVED AUG 27 2015 STAFF USE ONLY

Remove doc. copy, the paper window... SGt. Jackson HCA CHB admin sgt.

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.
Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ___ Interview Location: ___
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: ___ Title: ___ Signature: ___ Date completed: ___
Reviewer: ___ Title: ___ Signature: ___

Date received by AC: ___

*Bypass* — INMATE APPEALS BRANCH RECEIVED NOV 16 2015

AC Use Only
Date mailed/delivered to appellant ___/___/___

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted :_____

**E. Second Level - Staff Use Only**                      Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review
Assigned to: __G. Forncrook__   Title: __A.W.__   Date Assigned: __6-19-2015__   Date Due: __7-31-2015__

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: __7-20-15__                Interview Location: __CHSB 4TH FL.__
Your appeal issue is:   ☐ Granted   ☒ Granted in Part   ☒ Denied   ☐ Other: _____
                   See attached letter. If dissatisfied with Second Level response, complete Section F below.
Interviewer: __MCLINN__   Title: __CPT A__   Signature: _____   Date completed: __7-20-15__
            (Print Name)
Reviewer: __K. Mitchell__   Title: __CHW__   Signature: _____
         (Print Name)
Date received by AC: __AUG 1 0 2015__

AC Use Only
Date mailed/delivered to appellant __AUG 13, 2015__

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

All custody on INF. 4th Fl. Mental Health, Randomly express that Acting Capt McLinn and Act. Lt. T. Jackson will have these threats over outgoing mail, made real against Marlow in front of everyone, no matter what! even on any custody work shift, or by other Lts sgts c/o s etc. please investigate this conspiracy.

Inmate/Parolee Signature: __James A. Marlow__                            Date Submitted: __8-14-15__

**G. Third Level - Staff Use Only**
This appeal has been:                __OCT 1 6 2015__
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☒ Accepted at the Third Level of Review. Your appeal issue is  ☐ Granted   ☐ Granted in Part   ☒ Denied   ☐ Other: _____
    See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant __FEB 04 2016__

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)
_____
_____
_____
_____

_____   Inmate/Parolee Signature: _____   Date:_____
Print Staff Name: _____   Title: _____   Signature: _____   Date:_____

copy. SQ

**STATE OF CALIFORNIA**  **DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)  Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| 1502321 | SQ | 15-1958 | 7 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MARLOW JAMES | E-32700 | INF. 4th Fl. R#47 | PIP COND. |

A. Continuation of CDCR 602, Section A only (Explain your issue): IN the INF. PIP Program, for sending out letters about officer's threating marlow over his mail and state INF. food.

Staff "custody" want me to refuse my mail. To be silent, and refuse my food that is offered to me in the INF.

It is like a secret CDCR policy for some politically targeted cond. prisoner's food and mail control, yard control, group control. etc.

And death threats over legal visits and shower's. Threats of being rushed in cell late at night or early morning made mind-dead etc. I am not suicidal.

SAN QUENTIN APPEALS JUN 15 2015

INMATE APPEALS BRANCH AUG 21 2015 RECEIVED

INMATE APPEALS BRANCH NOV 18 2015 RECEIVED

Inmate/Parolee Signature: James G. Marlow   Date Submitted: 6-10-15

B. Continuation of CDCR 602, Section B only (Action requested): To further avoid this conspiracy to commit P.C. 187 by custody, and the ill treatment over U.S. stamped mail, mailed out of SQ. for the intrest of safety and security, and to avoid any possible harm or loss of life, Please allow an indepth Poly graph exam of listed inmates in the SQ INF. and myself, and officer's.

Staff continue to tell the other condemned inmates that marlow is a whistleblower and will be killed or made mind dead etc., over outgoing U.S. mail.

Also to help please stop this form of political duress in the INF. and East Block and the Adjustment Center SHU, Condemned Row SQ CA. Threats of officer Young, 3/w INF of fatal cell extractions, in INF. A/C or East Block to me.

Inmate/Parolee Signature: James H. Marlow   Date Submitted: 8-14-15

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)                                                                                                   Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

Inmate/Parolee Signature: _____   Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

I am dissatisfied with second level response. Staff try to claim I'm not receiving my mail — The issue is CDCR officer's are threatning to have me killed or made an medical emergency for mailing letters to my family and the U.S. Courts, in self defense. A/W Mr. G. Roonicrook Health Care services SQ FNF. And Capt. Mr. Young on 8-9-15 came to my cell on or about this date. And both stated Marlow you'll die for your mail and Accepting state food! We all back sgt T. Jackson up its our policy to stick together. Just let it go Marlow, I said I cannot refuse my loved ones relationships. Or Self Defense. Please don't do it!

Inmate/Parolee Signature: James G. Marlow E-32700   Date Submitted: 8-14-15

Template Date 4/4/2012            Attachment E-1
State of California            Department of Corrections and Rehabilitation

# Memorandum

Date : July 30, 2015

To : Marlow, E32700
INF-47
San Quentin State Prison

Subject : **STAFF COMPLAINT RESPONSE - APPEAL # SQ-F-15-01758, *SECOND* LEVEL RESPONSE**

**APPEAL ISSUE:** Inmate Marlow is alleging Correctional Sergeant T. Jackson is staging an area for his suicide. In addition he is alleging Jackson is withholding his mail

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal is :
- Being processed as an Appeal Inquiry.

You were interviewed on July 20, 2015 by S. P. Mclinn, Captain (A) and you stated Correctional staff have hypnotized you in believing they are going to kill you and you believe Sgt. Jackson is going to stage your suicide, mess with your food and has intentionally withheld your mail.

**Your appeal is PARTIALLY GRANTED in that:** an inquiry into your allegations was completed

---

Option One
- The **Appeal inquiry** is complete/ has been reviewed and all issues were adequately addressed.

Staff: **did** ☐ **did not** ☒ violate CDCR policy with respect to one or more of the issues appealed.

---

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.
- As such, the details of any inquiry will not be shared with staff, members of the public, or offender appellants.
- Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. A variety of personnel actions may be initiated by the Department based upon the content of your complaint and the outcome of any investigation or inquiry conducted as a result of your complaint.

Marlow, E32700
INF-47

Attachment E-1

Page 2

- Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.

If you wish to appeal the decision and/or exhaust administrative remedies, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's/Third Level of Review. Once a decision has been rendered at the Third Level, administrative remedies will be considered exhausted.

Print: S. McLinn  Sign: _____  Date: 2.20.15
S. Mclinn, Captain (A)

Print: A. Mitchell  Sign: A. Mitchell  Date: 8/4/15
R. Davis, Warden

Appeal Log No:_____

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| SGT. JACKSON | | | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| JAMES G. MARLOW | James G. Marlow | E-32700 | 6-10-15 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

P.S. Att: staff why has not the reported officer not signed complaint? And if complaint is not to be logged on said officer's record - why insist a complaint form be attached to appeal as coordinator's office request? w/respect J. Marlow 8-14-15

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 16, 2015



MARLOW, JAMES, E32700
California State Prison, San Quentin
San Quentin, CA  94964

RE: TLR# 1502321   SQ-15-01758   STAFF COMPLAINTS

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Remove excessive documentation/narrative on unauthorized paper. You may not add additional narrative pages to the CDCR Form 602, other than one (1) CDCR Form 602-A.

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****