UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW,<br><br>        Plaintiff,<br><br>   v.<br><br>T. JACKSON,<br><br>        Defendant. | Case No. 15-cv-03949-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding pro se, brought a civil rights action under 42 U.S.C. § 1983. On June 21, 2016, the Court ordered service on one defendant, T. Jackson. The United States Marshal was unable to effectuate service on defendant and San Quentin State Prison reported that no T. Jackson works or had worked at the facility. On January 9, 2017, the Court ordered plaintiff by February 20, 2017, to provide more information to the Court to serve defendant or serve defendant himself. He was notified that failure to effectuate service or provide the Court with more information would result in dismissal of this case pursuant to Fed. R. Civ. P. 4(m). The deadline has passed and plaintiff has not served defendant, provided more information for service or otherwise communicated with the Court. This case is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: March 28, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW,<br><br>    Plaintiff,<br><br>v.<br><br>T. JACKSON,<br><br>    Defendant. | Case No. 15-cv-03949-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James G. Marlow ID: E-32700
San Quentin State Prison
San Quentin, CA 94974

Dated: March 28, 2017

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2